IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| VICTOR CANTU, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 7:16-CV-00599 |
| | § | |
| UNITED PROPERTY & CASUALTY | § | |
| INSURANCE COMPANY AND | § | |
| JESSICA HERNANDEZ, | § | |
| | § | |
| Defendants. | § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Victor Cantu and Defendants United Property & Casualty Insurance Company and Jessica Hernandez (collectively "the Parties") have reached a settlement in this matter. The Parties anticipate that they will finalize the settlement in the next 30 days and will submit a Joint Stipulation of Dismissal with Prejudice by April 6, 2017, or as otherwise directed by the Court.

Due to the settlement of the case, the Parties ask that the action, including any upcoming deadlines, be abated to ensure adequate time for the parties to sign dismissal documents.

Respectfully submitted,

/s/ Robert A. Pollom*
Robert A. Pollom
State Bar No. 24041703
Southern District Bar No. 2149539
Jake S. Rogiers
State Bar No. 24069066
Southern District Bar No. 2478454

KETTERMAN, ROWLAND & WESTLUND
16500 San Pedro, Suite 302
San Antonio, TX  78232
Telephone:  (210) 495-6789
Facsimile:  (210) 495-6790
E-mail:  Robert@krwlawyers.com
E-mail:  jake@krwlawyers.com

**JOINT NOTICE OF SETTLEMENT** – Page 1
2669657v1
11151.082

        **COUNSEL FOR PLAINTIFF**
        *\*signed with permission*

        And

        /s/ Rhonda J. Thompson
        Rhonda J. Thompson
        Attorney-In-Charge
        State Bar No. 24029862
        Southern District No. 17055
        Shannon Beck
        State Bar No. 24092102
        Southern District No. 2715159

        **THOMPSON, COE, COUSINS & IRONS, LLP**
        700 N. Pearl Street, 25th Floor
        Dallas, Texas 75201
        Telephone: (214) 871-8200
        Facsimile: (214) 871-8209
        Email: rthompson@thompsoncoe.com
        Email: sbeck@thompsoncoe.com

        **COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 7th day of March, 2017, the foregoing pleading was delivered to the following counsel of record for Plaintiff via electronic filing and e-mail in accordance with the Federal Rules of Civil Procedure:

    Robert A. Pollom
    Jake S. Rogiers
    Speights & Worrich
    Ketterman Rowland & Westlund
    16500 San Pedro, Suite 302
    San Antonio, TX  78232
    Facsimile: (210) 495-6790
        *Counsel for Plaintiff*

        /s/ Rhonda J. Thompson
        Rhonda J. Thompson