IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| VICTOR CANTU, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 7:16-CV-00599 |
| | § | |
| UNITED PROPERTY & CASUALTY | § | |
| INSURANCE COMPANY AND | § | |
| JESSICA HERNANDEZ, | § | |
| | § | |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Victor Cantu and Defendants United Property & Casualty Insurance Company and Jessica Hernandez hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therefore, Plaintiff's claims against Defendants United Property & Casualty Insurance Company and Jessica Hernandez are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 29th day of ~~February~~ March, 2017.

Respectfully submitted,

/s/ * R. P——
Robert A. Pollom
State Bar No. 24041703
Southern District Bar No. 2149539
Jake S. Rogiers
State Bar No. 24069066
Southern District Bar No. 2478454

KETTERMAN, ROWLAND & WESTLUND
16500 San Pedro, Suite 302
San Antonio, TX 78232
Telephone: (210) 495-6789

Facsimile: (210) 495-6790
E-mail: Robert@krwlawyers.com
E-mail: jake@krwlawyers.com
**COUNSEL FOR PLAINTIFF**

And

/s/ Rhonda J. Thompson
Rhonda J. Thompson
State Bar No.: 24029862
Southern District No.: 17055
rthompson@thompsoncoe.com
Shannon Beck
State Bar No.: 24092102
Southern District No.: 2715159
sbeck@thompsoncoe.com

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
**COUNSEL FOR DEFENDANT**

### CERTIFICATE OF SERVICE

The undersigned certifies that on the 29th day of March, 2017, the foregoing pleading was delivered to the following counsel of record for Plaintiff via electronic filing and e-mail in accordance with the Federal Rules of Civil Procedure:

Robert A. Pollom
Jake S. Rogiers
Speights & Worrich
Ketterman Rowland & Westlund
16500 San Pedro, Suite 302
San Antonio, TX 78232
Facsimile: (210) 495-6790
*Counsel for Plaintiff*

/s/ Rhonda J. Thompson
Rhonda J. Thompson