United States District Court
Southern District of Texas
**ENTERED**
April 04, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| VICTOR CANTU, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:16-CV-599 |
| | § | |
| UNITED PROPERTY & CASUALTY | § | |
| INSURANCE COMPANY, *et al*, | § | |
| | § | |
| Defendants. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiff Victor Cantu and Defendants United Property & Casualty Insurance Company and Jessica Hernandez's Joint Stipulation of Dismissal With Prejudice, (Dkt. No. 11), is of the opinion that it should be granted.

**IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendants United Property & Casualty Insurance Company and Jessica Hernandez are hereby **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that the parties shall bear their own costs.

SO ORDERED this 4th day of April, 2017, at McAllen, Texas.

_____
Randy Crane
United States District Judge